UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ronald Satish Emrit

    v.                                      Case No. 26-cv-498-SM

Sabrina Carpenter, et al

ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 24, 2026, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

So Ordered.

_____
Steven J. McAuliffe
United States District Judge

Date: July 16, 2026

cc:  Ronald Satish Emrit, pro se